**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STEVEN S. HANSON, as his separate estate,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendants. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendants Federal Home Loan Mortgage Corporation ("FHLMC"); Ocwen Loan Servicing, LLC ("Ocwen"); and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants") hereby file this corporate disclosure statement, and disclose the following:

Ocwen:  Ocwen is a Delaware limited liability company whose sole member is Ocwen Mortgage Servicing, Inc., and its principal place of business is in Florida.

---

CORPORATE DISCLOSURE STATEMENT
Page 1

HOUSER & ALLISON, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 896-7839

1   MERS:  MERS is a wholly owned subsidiary of MERSCORP Holdings, Inc.
2   ("MERSCORP").  MERSCORP is a privately owned company; however, MERSCORP has two
3   shareholders which own 10% or more of MERSCORP, Federal National Mortgage Association
4   and Federal Home Loan Mortgage Corporation, which are publically traded companies.
5   FHLMC:  FHMLC is a publicly held corporation chartered by the United States
6   Congress and does not have any parent corporation. No publicly held corporation owns 10% or
7   more of FHLMC's stock.

Dated: July 3, 2014

**HOUSER & ALLISON, APC**

  */s/* Lauren D. Humphreys
Lauren D. Humphreys, WSBA No. 41694
lhumphreys@houser-law.com
Robert W. Norman, Jr. WSBA No. 37094
Attorneys for Defendants Ocwen Loan Servicing,
LLC; Mortgage Electronic Registration Systems,
Inc.; and Federal Home Loan Mortgage Corporation

CORPORATE DISCLOSURE STATEMENT
Page 2

HOUSER & ALLISON, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 896-7839

**DECLARATION OF SERVICE**

On July 3, 2014, I served the foregoing document, Notice of Removal in the manner described below.

| | |
|---|---|
| Craig R. Elkins<br>Magnum Law Group, PLLC<br>16301 NE 8th Suite 280<br>Bellevue, WA 98008<br>*Attorney for Plaintiffs* | ☐ U.S. Mail, Postage Prepaid<br>☐ Certified (return receipt requested)<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ E-mail per Agreement<br>☒ CM/ECF Electronic Notice |
| Heidi Buck Morrison<br>RCO Legal, P.S.<br>13555 SE 36th St. Ste 300<br>Bellevue, WA 98006<br>*Attorneys for Northwest Trustee Services, Inc.* | ☐ U.S. Mail, Postage Prepaid<br>☐ Certified (return receipt requested)<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ E-mail per Agreement<br>☒ CM/ECF Electronic Notice |

Dated: July 3, 2014

        /s/ Shawn Williams
        Shawn Williams
        Legal Assistant

CORPORATE DISCLOSURE STATEMENT
Page 3

HOUSER & ALLISON, APC
1601 5th Ave, Suite 850
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 896-7839